UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:16-cv-2632-T-23TBM

BRETT HANGAR,

       Plaintiff,

vs.

UNIQUE DOCK AND DOOR, LLC and
ROBERT LYNN TOMLINSON,

       Defendants.
_____/

### PLAINTIFF'S VERIFIED MOTION FOR DEFAULT FINAL JUDGMENT AND FOR ATTORNEY'S FEES AND COSTS

Plaintiff, pursuant to Federal Rule of Civil Procedure Rule 54(b)(2) and Local Rule 4.18, by and through undersigned counsel, hereby files this Verified Motion for Entry of Final Default Judgment and for Attorney's Fees and Costs and as grounds states the following:

### Procedural Background

On September 12, 2016, Plaintiff filed his lawsuit pursuant to the Fair Labor Standards Act (FLSA) as Defendants failed to pay him the required minimum wage. The Summons and Complaint were served on Defendants, Unique Dock and Door, LLC and Robert Lynn Tomlinson on September 28, 2016. [Docket Nos. 7 and 8]. Defendants, Unique Dock and Door, LLC and Robert Lynn Tomlinson failed to file and serve an Answer or otherwise respond to the Complaint. Accordingly, on October 26, 2016, the clerk's default was entered in this matter. [Docket Nos. 10 and 11].

**Failure to Pay Minimum Wage Pursuant to the FLSA – Damages and Attorneys' Fees**

The Fair Labor Standards Act states in pertinent part that "[a]ny employer who violates section or section 206 of this title [minimum wage provision] shall be liable to the employee or employees affected in the amount of their unpaid minimum wages, as the case may be, and in an additional amount as liquidated damages." 29 U.S.C. Section 216(b).  The FLSA further states that "[t]he court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action. Id.

Plaintiff worked for Defendants as a non-exempt installation supervisor from on or about January 1, 2016 to July 27, 2016. See Affidavit/Declaration of Plaintiff attached hereto. Exhibit "A." Pursuant to 29 U S.C. § 216(b), Plaintiff is entitled to damages and liquidated damages against Defendant in the amount $2,675.00. Id.  See, e.g., Spires v. Ben Hill County, 980 F.2d 683 (11th Cir. 1993); E.E.O.C. v. White and Son Enterprises, 881 F.2d 1006 (11th Cit. 1989); Glenn v. General Motors Corn.., 841 F.2d 1567 (11th Cir. 1988); C.D. Joiner v. City of Macon, 814 F.2d 1537 (11th Cir. 1987).

Plaintiff is also seeking an attorney's fee award under the FLSA. The FLSA mandates that in any action brought by an employee to enforce section 206 or 207 of the Act, the Court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action..." 29 U.S.C.. § 216(b).[1] In Hensley v. Eckerhart, 461 U.S. 424, 433 (1983), the Supreme Court stated that "the most useful starting point for determining the amount of a reasonable fee is the number of hours reasonably

---

[1] Plaintiff is also entitled to contractual attorney's fees pursuant to Fla. Stat. § 448.08.

expended on the litigation multiplied by a reasonable hourly rate."[2] This amount, which is commonly referred to as the lodestar, is then adjusted to reflect the "results obtained." Id. at 434; Id. at 434; accord Norman v. Hous. Auth., 836 F.2d 1292, 1299-1302 (11th Cir.1988).

The attorney's fees amount claimed is $1,890.00 (Composite Exhibit "B"). Plaintiff is also seeking the recovery of his filing fee ($400.00) and costs of service of process ($98.00) as permitted under § 1920. See EEOC v. W&O, Inc., 213 F.3d 600, 624 (11th Cir. 2001). Composite Exhibit "B"

### Conclusion

Based on the foregoing, Plaintiff, Brett Hangar, respectfully requests that a final judgment be entered against Defendants, Unique Dock and Door, LLC and Robert Lynn Tomlinson, jointly and severally in the total amount of $2,675.00. Plaintiff further requests that this Honorable Court award attorney's fees in the amount of $1,890.00 and costs in the amount of $498.00 for total fees and costs in the amount of $2,388.00.

### VERIFICATION OF COUNSEL

Under the penalty of perjury, counsel for Plaintiff verifies that he has fully reviewed the time records and supporting data and certifies that the motion is well grounded in fact, justified and based on personal knowledge.



_____
James M. Loren

---

[2] Plaintiff's counsel has routinely been awarded rates of $375.00 or higher in Category I (public interest type of cases). Counsel, James M. Loren was recently awarded an hourly rate of $375.00 per hour by Magistrate Judge Torres in another FLSA case. See e.g. (Pena v. Magaya Corporation, S.D. Fla. - Case No. 1:15-cv-20499-MGC CIV-MGC/EGT). Counsel's litigation practice is almost exclusively in the area of employment law/public interest law. Plaintiff's counsel is licensed with the bars of the States of Florida and Georgia and is admitted in this and a number of federal courts, has over 21 years of litigation and trial experience, has tried over 50 cases to verdict and has a practice that consists of roughly 90% employment law. Counsel is requesting a rate of $350.00 per hour to comport his request to the prevailing rate in the Middle District of Florida.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 17, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                  Goldberg & Loren, P.A.
                                  100 S. Pine Island Road
                                  Suite 132
                                  Plantation, FL 33324
                                  Phone:       (954)585-4878
                                  Facsimile:   (954)585-4886
                                  E-Mail:     JLoren@goldbergloren.com

                                  _____
                                  James M. Loren, Esquire
                                  Bar No. 55409

**SERVICE LIST**

Unique Dock and Door, LLC.
Registered Agent: Robert Lynn Tomlinson
3604 Pindo CT NE
Winter Haven, FL. 33881

Robert Lynn Tomlinson
3604 Pindo CT NE
Winter Haven, FL. 33881

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:16-cv-2632-T-23TBM

BRETT HANGAR,

        Plaintiff,

vs.

UNIQUE DOCK AND DOOR, LLC and
ROBERT LYNN TOMLINSON

        Defendants.
_____/

## DECLARATION OF PLAINTIFF BRETT HANGAR IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Brett Hangar. I am the Plaintiff in the above-captioned lawsuit. I am over the age of eighteen (18), and I am fully competent and capable in all respects to make this Declaration. All the facts contained within this Declaration are true and correct and are based upon my personal knowledge.

2. Defendant employed me from on or about January 1, 2016 to July 27, 2016, and employed me as an installation supervisor.

3. As an employee of Defendant, I was paid at flat rate of $130.00 per day (or $650.00 per week) during the weekdays (Monday through Friday) and $180.00 per day on the weekends (Saturday and Sunday).

4. Defendants failed to compensate me my weekday pay rate of $130.00 per day for each day during the week of July 11, 2016 through July 15, 2016.  Furthermore,

**Exhibit "A"**

Defendants failed to compensate me my weekend pay rate of $180.00 per day on July 16, 2016 and July 17, 2016. Defendants also failed to compensate me my weekday pay rate of $130.00 per day for each day during the week of July 18, 2016 through July 22, 2016. Accordingly, Defendants failed to compensate me a total sum of $1,660.00.

5. Defendants' failure to compensate me during the aforementioned period (July 11, 2016 through July 22, 2016) resulted in a failure to compensate me the applicable minimum wages. I worked a total of 140 hours during this period; as such, I am owed a minimum wage rate ($7.25) for 140 hours worked for a total of $1,015.00 plus and equal amount of liquidated damages for a total of **$2,030.00.**

6. In addition to the unpaid minimum wages owed to me, Defendants owe me the difference between the wages Defendants failed to compensate me ($1,660.00) and the unpaid minimum wages owed to me ($1,015.00), which totals **$645.00.**

7. Therefore, the total I am owed is **$2,675.00**, representing unpaid minimum wages, liquidated damages, and unpaid wages.

I hereby declare under the penalty of perjury that the above is true and correct and based on personal knowledge.

_Brett hanger (Jan 16, 2017)_
_____
Brett Hangar

Date: December 14, 2016

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:16-cv-2632-T-23TBM

BRETT HANGAR,

        Plaintiff,

vs.

UNIQUE DOCK AND DOOR, LLC and
ROBERT LYNN TOMLINSON,

        Defendants.
_____/

**SWORN DECLARATION OF PLAINTIFF'S COUNSEL, JAMES M. LOREN**

1. My name is James M. Loren. I am over the age of twenty-one (21) and have never been convicted of a felony. I am fully competent and qualified in all respects to make this Declaration. All the facts contained within this Declaration are true and correct and are based upon my personal knowledge.

2. I am the attorney of record for Plaintiff, Brett Hangar in this matter.

3. Defendants are not minors or incompetent and, based on information and belief, are not currently serving in active military service.

4. On September 28, 2016, Defendants, Unique Dock and Door, LLC and Robert Lynn Tomlinson were personally served with Summons and Complaint. Defendants have failed to Answer or otherwise respond.

5. I am licensed to practice in the state courts of Florida and Georgia and have been licensed since 1995 and 2010, respectively. I am licensed to practice in the Middle District of Florida federal district Court as well as multiple other federal district and

Composite Exhibit "B"

appellate courts. I have practiced in the area of labor and employment law since 1995.

6. I practice in the area of employment law which includes the Fair Labor Standard Act ("FLSA"). I have substantial litigation and trial experience (in excess of 21 years). My practice requires substantial legal training, expertise and yearly continuing legal education requirements.

7. I represent plaintiffs in FLSA cases throughout the state of Florida and other parts of the country. I have experience representing plaintiffs in the Middle District of Florida. My hourly rate is Three Hundred Seventy-Five and No/100 Dollars ($375.00). I have routinely been awarded hourly rates of $375.00[1] in FLSA cases. This rate is in accordance with that customarily charged by attorneys with my skill and experience in cases of this nature.

8. To comport with the lower rates awarded in the Middle District of Florida, I billed a total of 5.4 hours on this case at a rate of $350 per hour. Accordingly, attorneys' fees in this matter total $1,890.00. The hours expended and rate claimed are reasonable.

9. Services performed include: review of file; multiple conferences with client; legal research; prepare original Complaint and Summons and file same; review client documents; conduct damages analysis; prepare and file Request for Entry of Default;

---

[1] Plaintiff's counsel has routinely been awarded rates of $375.00 or higher in Category I (public interest type of cases). Counsel, James M. Loren was recently awarded an hourly rate of $375.00 per hour by Magistrate Judge Torres in another FLSA case. *See e.g.* (Pena v. Magaya Corporation, S.D. Fla. - Case No. 1:15-cv-20499-MGC CIV-MGC/EGT). Counsel's litigation practice is almost exclusively in the area of employment law/public interest law. Plaintiff's counsel is licensed with the bars of the States of Florida and Georgia and is admitted in this and a number of federal courts, has over 21 years of litigation and trial experience, has tried over 50 cases to verdict and has a practice that consists of roughly 90% employment law. Counsel is requesting a rate of $350.00 per hour to comport his request to the prevailing rate in the Middle District of Florida.

Prepare and file Motion for Default Judgment; prepare and submit Proposed Final Judgment.

10. The hours expended were actually expended on the topics stated and the hours expended and rate claimed are reasonable.

11. Cost incurred in connection with this matter total $498, including $400 filing fee and $98 for service of process. *See* documents appended hereto.

12. The total amount of attorney's fees and costs incurred in connection with this matter is $1,890.00

I hereby declare under the penalty of perjury that the above is true and correct and based on personal knowledge.

_____
James M. Loren

Dated: November 7, 2016

INVOICE #1611-FL-Wage-Hangar-Brett-2

Page 1 of 1

Law Offices of Goldberg & Dohan, L.L.P.
1776 N. Pine Island Rd. Suite 224
Plantation FL, 33322
800-719-1617
Tax ID#

| Invoice Date |
|---|
| 11/07/2016 |

| Payment Information | |
|---|---|
| Invoice Amount: | 2,388.00 |
| Amount Paid: | 0.00 |
| Balance Forward: | 0.00 |
| Total Amount Due: | 2,388.00 |

Bill To:
 Hangar, Brett
 10010 Steven Drive
 Polk City, FL 33868
 Reference/Memo: 8:16-cv-02632-SDM-TBM

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/28/2016 | Hangar, Brett | New Client - Initial new client call and preliminary fact gathering Interview client | JML | 0.5 | 350 | 175.00 |
| 08/02/2016 | Hangar, Brett | TC with client re: securing records | JML | 0.2 | 350 | 70.00 |
| 08/12/2016 | Hangar, Brett | TC with client re: additional records | JML | 0.2 | 350 | 70.00 |
| 08/12/2016 | Hangar, Brett | Spoke with client regarding the facts of his case. Reviewed documents provided by client | JML | 0.4 | 350 | 140.00 |
| 09/12/2016 | Hangar, Brett | Drafted complaint, civil cover sheet, summons, and certificate of interested persons. | JML | 1.2 | 350 | 420.00 |
| 09/26/2016 | Hangar, Brett | Communication with Process | JML | 0.2 | 350 | 70.00 |
| 10/04/2016 | Hangar, Brett | TC with client - gave status | JML | 0.2 | 350 | 70.00 |
| 10/05/2016 | Hangar, Brett | Communication with client Brett Hangar vs Unique Doc - email to client re status of case | JML | 0.2 | 350 | 70.00 |
| 10/19/2016 | Hangar, Brett | Communication with client Brett Hangar vs - case status | JML | 0.2 | 350 | 70.00 |
| 10/20/2016 | Hangar, Brett | Review of file re: motion default | JML | 0.2 | 350 | 70.00 |
| 10/21/2016 | Hangar, Brett | Prepared motion for clerical default. | JML | 0.3 | 350 | 105.00 |
| 10/25/2016 | Hangar, Brett | Reviewed, finalized and filed motion for clerical default. | JML | 0.2 | 350 | 70.00 |
| 11/01/2016 | Hangar, Brett | TC client to gather facts for declaration in support of m/default Judment | JML | 0.3 | 350 | 105.00 |
| 11/03/2016 | Hangar, Brett | Prepared motion for final default judgment and corresponding declarations. | JML | 1.1 | 350 | 385.00 |

| Billed By | Rate | Hours | Fees |
|---|---|---|---|
| James Loren (JML) | 350 | 5.40 | 1,890.00 |

## Expenses

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/12/2016 | Hangar, Brett | Check to Clerk for filing fees $400 | JV | | | 400.00 |
| 10/05/2016 | Hangar, Brett | Accurate Serve - $49.00 Invoice 2077.pdf | JV | | | 49.00 |
| 10/05/2016 | Hangar, Brett | Accurate Serve - $49.00 Invoice 16.2078.pdf | JML | | | 49.00 |

| Billed By | Costs |
|---|---|
| Janet Valdes (JV) | 449.00 |
| James Loren (JML) | 49.00 |

Total Hours: 5.4     Total Amount Due: 2,388.00

# Accurate Serve of Plantation

151 N. Nob Hill Road, Suite 378
Plantation, FL 33324
Phone 954.770.9997
Fax

**INVOICE**

INVOICE #2016002078

DATE: SEPTEMBER 29, 2016

**CLIENT BILLED:**

James Loren
Loren & Associates, P.A.
100 S. Pine Island Rd.
Plantation, FL 33324

(954) 585-4878

**CASE INFORMATION:**
 8:16 CV 2632 SDM TBM

Plaintiff:
**Brett Hangar**

Defendant:
**Unique Dock and Door, LLC and Robert Lynn Tomlinson**

Received: 09-26-2016   Completed: 09-28-2016

To be served on: Robert Lynn Tomlinson

| **CLIENT REFERENCE NUMBER** | **REQUISITIONER** | **TERMS** |
|---|---|---|
|  |  | Due on 09-28-2016 |

| **QUANTITY** | **DESCRIPTION** | **UNIT PRICE** | **TOTAL** |
|---|---|---|---|
| 1.00 | Accurate Serve Rate (Standard) | $49.00 | $49.00 |

| **PAYMENTS** | **DATE** | **CHECK NO.** | **AMOUNT** |
|---|---|---|---|
|  |  |  |  |

SUBTOTAL   $49.00
SALES TAX   $0.00
RETAINER PAID   $0.00

TOTAL DUE   $49.00

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
3604 Pindo CT NE, Winter Haven, FL, 33881

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Make all checks payable to Accurate Serve of Plantation & send to address listed on Invoice or Pay via website www.ACCURATESERVEPLANTATION.com/Payment. Payment of this Invoice is not contingent on reimbursement from your client. Invoices over 30 days past due are subject to a $5 late/admin fee, which will be assessed every 30 days until the Invoice is paid in full. If you have any questions concerning this Invoice, please contact Joshua Wright, 954-770-9997, JOSH@accurateserveplantation.com

**Thank you for your business!**

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

# Accurate Serve of Plantation

151 N. Nob Hill Road, Suite 378
Plantation, FL 33324
Phone 954.770.9997
Fax

**INVOICE**

INVOICE #2016002077

DATE: SEPTEMBER 29, 2016

**CLIENT BILLED:**

James Loren
Loren & Associates, P.A.
100 S. Pine Island Rd.
Plantation, FL 33324

(954) 585-4878

**CASE INFORMATION:**
 8:16 CV 2632 SDM TBM

Plaintiff:
**Brett Hangar**

Defendant:
**Unique Dock and Door, LLC and Robert Lynn Tomlinson**

Received: 09-26-2016   Completed: 09-28-2016

To be served on: Unique Dock and Door, LLC c/o Robert Lynn Tomlinson as Registered Agent

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| | | Due on 09-28-2016 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Accurate Serve Rate (Standard) | $49.00 | $49.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | | | |

SUBTOTAL $49.00
SALES TAX $0.00
RETAINER PAID $0.00

TOTAL DUE $49.00

**LOCATION OF PRIMARY SERVICE ATTEMPT(S):**
3604 Pindo CT NE, Winter Haven, FL, 33881

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Make all checks payable to Accurate Serve of Plantation & send to address listed on Invoice or Pay via website www.ACCURATESERVEPLANTATION.com/Payment. Payment of this Invoice is not contingent on reimbursement from your client. Invoices over 30 days past due are subject to a $5 late/admin fee, which will be assessed every 30 days until the Invoice is paid in full. If you have any questions concerning this Invoice, please contact Joshua Wright, 954-770-9997, JOSH@accurateserveplantation.com

**Thank you for your business!**

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

**THE LAW OFFICES OF
GOLDBERG & LOREN, P.A.**
1776 N. Pine Island Rd. - Suite 224
Plantation, FL 33322
(800) 719-1617

Wells Fargo Bank, N.A.
(OPERATING ACCOUNT)
63-751/631

1126

09/08/2016

PAY TO THE ORDER OF   US District Clerk of Court    $ **400.00

Four hundred and 00/100************************************************************************************

DOLLARS

US District Clerk of Court

AUTHORIZED SIGNATURE

MEMO   Filing fee _ Brett Hangar

⑈001126⑈ ⑆063107513⑆ 7037225229⑈

---

THE LAW OFFICES OF / GOLDBERG & LOREN, P.A.    1126

| 09/08/2016 | US District Clerk of Court | |
| | Brett Hangar | 400.00 |

| Wells Fargo - Operating | Filing fee _ Brett Hangar | 400.00 |

THE LAW OFFICES OF / GOLDBERG & LOREN, P.A.    1126

| 09/08/2016 | US District Clerk of Court | |
| | Brett Hangar | 400.00 |

| Wells Fargo - Operating | Filing fee _ Brett Hangar | 400.00 |

LMP100   M/P CHECK