UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRETT HANGAR,

    Plaintiff,

v.                                          CASE NO. 8:16-cv-2632-T-23TBM

UNIQUE DOCK AND DOOR, LLC,
et al.,

    Defendants.
_____/

## **ORDER**

Brett Hangar sues (Doc. 1) the defendants under the Fair Labor Standards Act (FLSA) for unpaid minimum wages and under Florida common law for breach of contract. After failing to answer or otherwise respond to the complaint, the clerk entered (Docs. 10, 11) a default against the defendants. Hangar's motion (Doc. 12) for a default judgment and for an attorney's fee and costs is **GRANTED**. The clerk is directed to enter judgment for Hangar and against the defendants in the amount of $5,063, which comprises $2,030 in unpaid minimum wages and liquidated damages

under the FLSA, $645 for breach of contract,[1] $1,890 in an attorney's fee,[2] and $498 in costs.[3] The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 23, 2017.

                                                         *[signature]*
                                        _____
                                        STEVEN D. MERRYDAY
                                        UNITED STATES DISTRICT JUDGE

---

[1] The difference between the wages the defendants failed to pay Hangar ($1,660) and the unpaid minimum wages owed to Hangar ($1,015).

[2] As discussed in Hangar's counsel's affidavit, (Doc. 12 at 8–10) Hangar's counsel "billed a total of 5.4 hours on this case at a rate of $350 per hour." The hours, hourly rate, and total attorney's fee are reasonable.

[3] $400 filing fee and $98 service of process.  (Doc. 12 at 9–13)